IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-142-GCM

| | | |
|---|---|---|
| JOSHUA MILLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA and OFFICEMAX | ) | |
| INCORPORATED LONG TERM | ) | |
| DISABILITY PLAN, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ian H. Morrison,** filed May 25, 2016 [doc. # 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Morrison is admitted to appear before this court *pro hac vice* on behalf of Defendant, Prudential Insurance Company of America.

**IT IS SO ORDERED.**

Signed: May 26, 2016

Graham C. Mullen
United States District Judge