IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-142-GCM

| | | |
|---|---|---|
| JOSHUA MILLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA and OFFICEMAX INCORPORATED LONG TERM DISABILITY PLAN, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael Tuchalski,** filed May 25, 2016 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Tuchalski is admitted to appear before this court *pro hac vice* on behalf of Defendant, Prudential Insurance Company of America.

**IT IS SO ORDERED.**

Signed: May 26, 2016

Graham C. Mullen
United States District Judge